UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| CHRISTIN GARDENHIRE, | ) | Case No. CV 08-8365-R(AJW) |
| Petitioner, | ) | |
| | ) | JUDGMENT |
| v. | ) | |
| PEOPLE, | ) | |
| Respondent. | ) | |

**It is hereby adjudged** that the petition for a writ of habeas corpus is dismissed without prejudice.

Dated: January 29, 2009

_____
Manuel L. Real
United States District Judge